JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IBRAHIM S. MEKHAIL, an individual, | Case No. 12-cv-08936- PA (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, | Complaint Filed: October 16, 2012 |
| | District Judge: Hon. Percy Anderson<br>Dept: 15 |
| Defendants. | Magistrate: Hon. Victor B. Kenton<br>Dept: 590<br>Trial Date: Not Set |

1   Case No. 12-cv-08936- PA (VBKx)

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE

1  Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2  and between the parties, the Court hereby orders this action to be dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  shall bear their own attorneys' fees and costs.

6  IT IS SO ORDERED.

9  Dated: August 7, 2013          _____
10                                  Hon. Percy Anderson
                                    United States District Judge